# THE UNITED STATES
# COURT OF APPEALS FOR THE FEDERAL CIRCUIT

**LOIS HARRIS,**
    **Claimant-Appellant,**

**v.**

**DENIS MCDONOUGH,**
    **Secretary of Veterans Affairs,**
    **Respondent-Appellee.**

No. 2023-1827

## CLAIMANT-APPELLANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ITS REPLY BRIEF

Claimant-Appellant, Lois Harris, respectfully requests a 60-day extension of time, to and including January 9, 2024, within which to file a reply brief. The appellant's reply brief is currently due on or before November 10, 2023. This is our first request for an extension of time for this purpose. Counsel for the appellant contacted counsel for the respondent-appellee, Denis McDonough, Secretary of Veterans Affairs, who has stated the Secretary does not oppose our motion.

Good cause exists for granting the extension as Counsel for Appellant has had multiple other briefs and filings due since the appellee's brief was filed. Specifically, Appellant's counsel will have attended one Board hearing; attended two RO hearings; prepared and filed one CAFC opening brief; prepared and filed

one CAVC opening brief; prepared and filed two CAVC reply briefs; prepared and filed two CAVC supplemental briefs; prepared and filed three pre-briefing conference memos; and reviewed three RBAs in other CAVC appeals. Because of these circumstances, additional time is needed to prepare the appellants' reply brief.

For these reasons, the appellant respectfully requests that this Court grant this motion for a 60-day extension of time through and including January 9, 2024, within which to file a reply brief.

Respectfully submitted,

\_\_/s/ Kenneth H. Dojaquez\_\_
Kenneth H. Dojaquez, Esq.
Attorney for Appellant
CARPENTER CHARTERED
P.O. Box 2099
Topeka, KS 66601
Telephone: 785-357-5251

October 25, 2023

## CERTIFICATE OF COMPLIANCE

The undersigned certifies that this motion complies with the type-volume limitation under Rule 32(a)(7)(B). This motion has been prepared in a proportionally spaced typeface using Microsoft Word, 14 point font. The word processing system used to prepare this motion records 201 words in this motion.

Respectfully submitted,

/s/ Kenneth H. Dojaquez, Esq.

_____
Kenneth H. Dojaquez, Esq.
Attorney for Appellant
CARPENTER CHARTERED
P.O. Box 2099
Topeka, KS 66601
Telephone: 785-357-5251

## DECLARATION OF KENNETH DOJAQUEZ
## IN SUPPORT OF MOTION FOR EXTENSION OF TIME

Pursuant to Fed.Cir. R. 27 (a)(8), Appellant's counsel, under penalty of perjury pursuant to 28 U.S.C. § 1746, declares as follows:

(1)   That good causes exists for the requested extension;

(2)   Due to Appellant's counsel's numerous briefing deadlines due this Court and the U.S. Court of Appeals for Veterans Claims, he is in need of additional time to adequately prepare his reply brief to the Court in this matter.

Respectfully submitted,

\_\_/s/ Kenneth H. Dojaquez\_\_
Kenneth H. Dojaquez, Esq.
Attorney for Appellant
CARPENTER CHARTERED
P.O. Box 2099
Topeka, KS 66601
Telephone: 785-357-5251

Executed on: October 25, 2023

# CERTIFICATE OF INTEREST

Counsel for Claimant-Appellant certifies the following:

1. The full name of every party or amicus represented by me is:

Lois Harris.

2. The name of the real party in interest, if different than that above is:

None.

3. The parent companies, subsidiaries, and affiliates that have issued shares to the public, of the party or amicus curiae represented by me are:

None.

4. The name of all law firms, partners or associates that appeared for the party now represented by me or are expected to appear in this Court are:

Nicholas L. Phinney, Esq.

5. Other than the originating case(s) for this case, are there related or prior cases that meet the criteria under Fed. Cir. R. 47.5(a)?

*Evans v. McDonough*, CAVC 21-1242.

6. Provide any information required under Fed. R. App. P. 26.1(b) and 26.1(c). Fed. Cir. R. 47.4(a)(6).

None.

Dated: <u>October 25, 2023</u>                                                        <u>/s/ Kenneth H. Dojaquez</u>